A-Number:
241-149-373

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

YAN WEI,

      Petitioner,

    v.

WARDEN OF DESERT VIEW FACILITY, ET AL.,

      Respondents.

No. ED CV 26-2643-MRA(E)

ORDER GRANTING PETITION FOR

WRIT OF HABEAS CORPUS

On May 17, 2026, Petitioner, a detainee of Immigration and Customs Enforcement ("ICE"), filed a "Petition for Writ of Habeas Corpus, etc." ("the Petition"). The Petition contends, inter alia, that Petitioner's May 14, 2026 arrest and re-detention violated Petitioner's due process rights. The Petition seeks, inter alia, Petitioner's immediate release from detention on the conditions of supervision existing prior to the May 14, 2026 re-detention and an injunction against any further re-detention absent prior notice and a pre-deprivation bond hearing.

On May 26, 2026, Respondents filed "Federal Respondents' Answer to Habeas Petition" ("the Answer"). The Answer states: "Respondents are not presenting an opposition argument to the habeas petition at this time." On May 26, 2026, Petitioner filed a Reply.

///

Based on the factual allegations in the Petition, the Court finds that Petitioner's May 14, 2026 arrest and re-detention violated Petitioner's due process rights. Therefore, it is ordered that judgment be entered: (1) requiring Respondents to release Petitioner from detention immediately on the same conditions existing prior to Petitioner's May 14, 2026 re-detention; and (2) enjoining Respondents from any further re-detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk. **Respondents shall file proof that Petitioner was released within two (2) days of this Order.**

Dated: June 1, 2026

_(signature)_

MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

PRESENTED this 27th day
of May, 2026, by:

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE