JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

YAN WEI,

     Petitioner,

    v.

WARDEN OF DESERT VIEW FACILITY ET AL.,

     Respondents.

No. EDCV 26-2643-MRA(E)

JUDGMENT

Pursuant to the "Order Granting Petition for Writ of Habeas Corpus," it is adjudged that: (1) Respondents must release Petitioner from detention immediately, on the same conditions existing prior to Petitioner's May 14, 2026 re-detention; and (2) Respondents are enjoined from any further re-detention of Petitioner, absent at least seven (7) days notice and a pre-detention hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk.

DATED: June 1, 2026

_____
MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE